UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. | |
| | : | | |
| v. | : | | |
| | : | | |
| **MARILYN M. ESSEX,** | : | VIOLATION: | 18 U.S.C. § 2314 |
| | : | | (Interstate Transportation |
| | : | | of Stolen Property) |
| **Defendant.** | : | | |

**I N F O R M A T I O N**

The United States informs the Court:

**COUNT ONE**

At times material to this Information:

    l. MDB Communications ("MDB") was an independent, full service advertising, marketing and public relations firm located at 1050 17th Street, N.W., Suite 500 in Washington, D.C.

    2. As part of the operation of MDB, funds were deposited into a checking account MDB maintained at Bank of America (account number XXXXXXXX8654), hereinafter MDB operating account, located in Washington, D.C. Funds would be disbursed from the MDB operating account in the normal course of business for payment of necessary expenses incurred by MDB.

    3. Cary Hatch ("Hatch"), President and CEO of MDB was the only authorized signatory on the the MDB operating account.

    4. Defendant, Marilyn M. Essex ("Essex"), was employed by MDB as the account controller from 1999, until approximately February 8, 2005. Essex was responsible for supervising and maintaining internal systems for accounts payable, accounts receivable, payroll, general ledger and financial reports and cash control. In addition, Essex's duties included monitoring bank balances and financial statements, supervising audits and tax reports and preparing preliminary budgets. Essex's official duties also

included manually preparing checks for the payment of vendors, such as publishing companies, employed by MDB.

5. Essex held a personal credit card account with Discover Card (account number XXXX-XXXX-XXXX-1111) whose account payments were received by mail in Wilmington, Delaware, hereinafter Discover Card account. Essex also held a checking account (account number XXXXX8922) at Crestar Bank which merged into SunTrust Bank in June of 2000, hereinafter SunTrust checking account.

The Embezzlement

6. From on or about June 12, 1999, through February 2005, defendant, MARILYN M. ESSEX, without authorization, stole $656,531.80 from MDB, by manually preparing and signing 147 checks written on the MDB operating account which she made payable to herself or to her personal Discover Card account.

7. From on or about June 12, 1999, to on or about February 8, 2005, defendant, MARILYN M. ESSEX, wrote and negotiated without authorization 144 checks made payable to herself and thereby fraudulently obtained $647,641.67 from MDB.

8. From on or about November 16, 2001, to on or about March 21, 2002, defendant, MARILYN M. ESSEX, without authorization used MDB checks to pay $8,890.13 to her personal Discover Card account for purchases of goods and services.

Transportation of Stolen Property

9. From on or about November 16, 2001, to on or about March 28, 2002, in the District of Columbia, defendant, MARILYN M. ESSEX, did willfully and knowingly transport, transmit and transfer, in interstate commerce, that is, between the District of Columbia and the State of Delaware, a security of the value of $5,000 or more, that is, checks as enumerated below having a combined value of $8,890.13, well knowing the same to have been stolen:

| Check Dated | Check No./Payee | Amount | Payment Received |
|---|---|---|---|
| 11/16/01 | 6503/Discover Platinum Card | $ 3,211.08 | 11/29/01 |
| 02/21/02 | 6676/Discover Platinum Card | $ 3,457.73 | 03/01/02 |
| 03/21/02 | 6753/Discover Platinum Card | $ 2,221.37 | 03/28/02 |

(Interstate Transportation of Stolen Property, in violation of Title 18, U.S. Code, Section 2314)

JEFFREY A. TAYLOR
United States Attorney

By: _____
RONALD W. SHARPE
Assistant United States Attorney
United States Attorneys Office
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9460