AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

*for the* _____ DISTRICT OF *Columbia*

UNITED STATES OF AMERICA
v.
*Marilyn M. Esser*

**FILED**
FEB 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

CASE NUMBER: *06-340*

I, *Marilyn M Esser* _____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *February 5, 2007* _____ prosecution by indictment and consent that the
                            Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer