UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-00340 (ESH) |
| ) | |
| MARILYN ESSEX, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In a hearing before Magistrate Judge Alan Kay on February 5, 2007, defendant entered a plea of guilty. On that same date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

/s/ Ellen S Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 20, 2007

