IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -VS- | : | Cr. No. 06-340 |
| | : | |
| MARILYN M. ESSEX | : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING
AND
UNOPPOSED MOTION TO TRAVEL OUTSIDE
THE GREATER WASHINGTON, D.C. METROPOLITAN AREA**

Defendant Marilyn M. Essex, through undersigned counsel, respectfully moves this Court to continue her sentencing hearing, currently scheduled for April 26, 2007, until a date after May 6, 2007. Additionally, Ms. Essex respectfully requests that this Court allow her to travel outside the Washington, D.C. metropolitan area to Pittsburgh, Pennsylvania to attend her daughter's college graduation on May 4-6, 2007. Assistant United States Attorney, Ronald W. Sharpe, does not oppose the relief requested herein. The reasons for this request are as follows:

On February 5, 2007, pursuant to a plea agreement, Ms. Essex pled guilty to one count of interstate transportation of stolen property in violation of 18 U.S.C. § 2314. The Court scheduled Ms. Essex's sentencing hearing for April 26, 2007. At her plea hearing, Ms. Essex was placed on personal recognizance in this case, however, a travel restriction was imposed which requires that Ms. Essex seek leave of the Court before traveling outside the greater Washington, D.C. metropolitan area.

Ms. Essex is requesting a brief continuance of the sentencing hearing to a date after May 6, 2007 in order to attend her daughter, Ashley's, college graduation from Duquesne University located in Pittsburgh, Pennsylvania. Furthermore, Ms. Essex requests that the Court allow her to

travel outside the jurisdiction to Pittsburg, Pennsylvania to attend Ashley's graduation on those same dates.

No prejudice would result by the Court granting a brief continuance of the sentencing hearing in this matter. Additionally, as stated above, the government does not oppose Ms. Essex's request to continue the sentencing date and her request to travel outside of the greater Washington, D.C. area to attend her daughter's graduation.

**WHEREFORE**, for the foregoing reasons, Ms. Essex respectfully requests that the Court continue the sentencing hearing, currently scheduled for April 26, 2007, to a date after May 5, 2007, that is convenient for the Court and the parties. Additionally, Ms. Essex requests that the Court allow her to travel outside the Washington, D.C. area to Pittsburg, Pennsylvania on May 4-6, to attend her daughter's graduation.

Respectfully submitted,

**SCHERTLER & ONORATO, L.L.P.**

/s/ Carroll Virginia Crumbaugh Love

David Schertler (#367203)
Carroll Virginia Crumbaugh Love (#477973)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004
Telephone: 202-628-4199
Facsimile: 202-628-4177

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **-VS-** | : | Cr. No. 06-340 |
| | : | |
| **MARILYN M. ESSEX** | : | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing and Motion to Travel Outside of the Greater Washington, D.C. Metropolitan Area, it is this, _____ day of April, 2007, **ORDERED** that the motion be, and hereby is, **GRANTED**.

It is further **ORDERED** that the Sentencing Hearing is continued until after May 5, 2007 to the _____, of _____, 2007 at _____ a.m./p.m.

It is further **ORDERED** that Ms. Essex shall be permitted to travel from the greater Washington, D.C. metropolitan area on May 4, 2007 to Pittsburg, Pennsylvania, returning to the area on May 6, 2007.

**SO ORDERED**.

_____
Ellen Segal Huvelle
United States District Judge