IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
:
:
-VS-    :   Cr. No. 06-340
:
MARILYN M. ESSEX    :

FILED
APR 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing and Motion to Travel Outside of the Greater Washington, D.C. Metropolitan Area, it is this, 4th day of April, 2007, **ORDERED** that the motion be, and hereby is, **GRANTED**.

It is further **ORDERED** that the Sentencing Hearing is continued until after May 5, 2007 to the 18, of May, 2007 at 10:00 a.m./p.m.

It is further **ORDERED** that Ms. Essex shall be permitted to travel from the greater Washington, D.C. metropolitan area on May 4, 2007 to Pittsburg, Pennsylvania, returning to the area on May 6, 2007.

**SO ORDERED**.

_____
Ellen Segal Huvelle
United States District Judge