HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: CR-06-340
:
vs. : SSN:
:
ESSEX, Maryilyn : Disclosure Date: March 22, 2007

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Prosecuting Attorney                                    Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_ 4-4-07                            _[signature]_ 4/5/07
Defendant            Date                       Defense Counsel        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 5, 2007**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgement**  Page 2

Ms. Essex objects to the amount of restitution paid as stated in paragraph 66 in the Presentence Investigation Report. Pursuant to the information provided by Ms. Hatch's attorney, Phillip A. Gorelick, it is our understanding that Ms. Essex has paid approximately $278,000 in restitution through the sale and liquidation of the following assets (in approximate round numbers):

| | |
|---|---|
| Proceeds from sale of residence: | $225,000 |
| Proceeds from surrender of 401K | $33,000 |
| Proceeds from sale of motor vehicle | $18,000 |
| Proceeds from sale of earrings | $2,000 |
| TOTAL: | $278,000 |

Signed by: *[signature]*
Carroll Virginia Crumbaugh Love
David Schertler
*Counsel for Ms. Essex*

Date: 4/5/07

# SCHERTLER & ONORATO, L.L.P.

David Schertler
*DC & IL Bars*

Danny C. Onorato
*DC & CA Bars*

Vincent H. Cohen, Jr.
*DC, MD & NJ Bars*

Lisa Fishberg
*DC, MD & NY Bars*

Mark E. Schamel
*DC, MD & NY Bars*

Robert J. Spagnoletti
*DC, NJ, NY & TX Bars*

Habib F. Ilahi
*DC & TX Bars*

Carroll Crumbaugh Love
*DC & MD Bars*

Julie L. Mitchell
*DC, MD & VA Bars*

Mansi J. Shah
*VA Bar*

Brian A. Stanton
*DC & CA Bars*

Michael Starr
*DC Bar*

Peter V. Taylor
*DC Bar*

April, 5, 2007

**VIA FACSIMILE**
Tennille Losch
U.S. Probation Department
202-273-0242

Re: *Marilyn Essex: Receipt and Acknowledgment of Presentence Investigation Report*

Dear Ms. Losch,

Please find attached Ms. Essex's Receipt and Acknowledgment of the Presentence Investigation Report and attached addendum with Ms. Essex's objections.

Very truly yours,

SCHERTLER & ONORATO, L.L.P.

Carroll Virginia Crumbaugh Love

Encl. as stated.

ATTORNEYS AT LAW | 601 Pennsylvania Avenue, N.W. | 202.628.4199
North Building, 9th Floor | 202.628.4177 *fax*
Washington, D.C. 20004-2601 | www.schertlerlaw.com