**HONORABLE ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**


**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**JUN 1 9 2007**

**ORDER TO SURRENDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

vs.

**Marilyn Essex**                    **Docket No.:** 06-CR-340

**TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS**


It is hereby **ORDERED** that  Marilyn Essex  having been sentenced, on May 18, 2007,

in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of

Prisons by reporting to    FPC Alderson   , in   Alderson, WV   by 2 p.m., on

  July 12, 2007   .

_____6/18/07_____
**Date**

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**


**ACKNOWLEDGMENT:**  I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____
**ATTORNEY/U.S. PROBATION OFFICER**

_____
**DEFENDANT**

Revised 6-2004

